246 So.2d 858

**NEW ORLEANS FIRE FIGHTERS AS-SOCIATION LOCAL 632, Joseph A. Sanchez and Robert Treadway**

**v.**

**CITY OF NEW ORLEANS et al.**

**NEW ORLEANS FIRE FIGHTERS AS-SOCIATION LOCAL 632, Joseph A. San-chez, Joseph Elton Viola, Louis Truxillo, Charles Sauter, Thomas Kennedy and Maurice S. Cazaubon, Sr.**

**v.**

**CITY OF NEW ORLEANS et al.**
No. 51290.
April 26, 1971.

In re: City of New Orleans et al. apply-ing for writs of certiorari, prohibition and mandamus.

Application denied. The showing made does not warrant the exercise of our super-visory jurisdiction.

246 So.2d 859

**STATE of Louisiana ex rel. John MITCHELL**

**v.**

**C. Murray HENDERSON, Warden, Louisi-ana State Penitentiary, et al.**
No. 51320.
April 26, 1971.

In re: John Mitchell applying for writs of habeas corpus, mandamus, certiorari, and/or prohibition.

Writ refused. The trial court has or-dered an evidentiary hearing in this case. The application to this court is now moot.